# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

District of __CONNECTICUT__

FILED
2005 JUN 14  P 12: 35
U.S. DISTRICT COURT
BRIDGEPORT, CONN

United States

v.

Ernest Eugene Weldon

Docket Number __3:00CR263 (JCH)__

U.S.D.J. Janet C. Hall
(District Court Judge)

Notice is hereby given that __Ernest Eugene Weldon__ appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [X]; order [ ]; other [ ]; __Sentence imposed__
(specify)

entered in this action on __June 10, 2005__.
(date)

Offense occurred after November 1, 1987     Yes [X]     No [ ]

The appeal concerns:     conviction only [ ] :     sentence only [X] ;     conviction and sentence [ ].

Date __June 13, 2005__
TO:

__Andrew P. Gaillard__
(Counsel for Appellant)

Address __Day Berry & Howard LLP__

__One Canterbury Green__

__Stamford, CT 06901__

Telephone Number __203-977-7550__

ADD ADDITIONAL PAGE IF NECESSARY

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION — FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
| [ ] I am ordering a transcript<br>[X] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>* [X] Other. Attach explanation | Prepare transcript of<br>[ ] Pre-trial proceedings<br>[ ] Trial<br>[ ] Sentence<br>[ ] Post-trial proceedings | Dates |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))    ▶ Method of payment [ ] Funds  [ ] CJA Form 24

ATTORNEY'S signature _(signed)_     DATE  6/13/05

▶ COURT REPORTER ACKNOWLEDGEMENT     To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages. |
|---|---|---|
| | | |

Date _____     Signature _____
(Court Reporter)

**COPY 1 - ORIGINAL**

*Client has not yet confirmed whether he intends to pursue appeal.