Ernest Weldon
41 Soundview Ave.
Norwalk, CT. 06854



June 11, 2012

The Honorable Judge Hall
U.S. District Judge
U.S. District Court District of Connecticut

Re: Ernest Weldon
    Docket Number: 3:00CR263

Dear Judge Hall:

Please be so kind as to consider this letter as a request to terminate my supervised release which began in November 2006. In accordance with the terms of my release, I have become a productive member of society by maintaining gainful employment, making restitution as ordered and abiding buy all the laws and regulations of the State of Connecticut as well as the U.S. Government. I have also remained away from any illegal activities and any individuals known to partake in those types of activities

This whole ordeal has been a humbling experience, one that I will never forget. I have grown and became a better person because of it. In spite of my past transgressions, my efforts to give back to the youth and have a positive influence on society has been embraced by my community. I have reconnected with my family and began a new one of my own. Each day I strive to be a better husband and father. My families love and support has helped fuel my commitment to stay clear of destructive behavior and maintain a drug free lifestyle. I wish only to have this episode put behind me and move forward.

My probation officer, Kimberlee Gorton, has been consulted regarding this request and has no objections to same. I respectfully hope you agree and terminate my supervised release

Thank you for your time.

Respectfully,

Ernest E. Weldon